*Peter Campbell Brown, Corporation Counsel (Henry J. Shields* and *Seymour B. Quel* of counsel), for appellants.

*Arthur A. Beaudry* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: BURKE, J.

WATERS OF WHITE LAKE, INC., Appellant, *v.* CHARLES B. FRICKE et al., Respondents.

Argued March 7, 1955; decided April 14, 1955.

*F. Walter Bliss* and *Benjamin M. Goldstein* for appellant.
*Lazarus I. Levine* and *Leo Salon* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of HUMBERT MALARA et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.

Argued February 21, 1955; decided April 14, 1955.

